

JUDGE NATHAN

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Scott E. Robinson, Petitioner
1675 Camp Hill Bypass #659
Camp Hill PA 17011

V.

Google/Alphabet, Defendant
Mountain View, California
*1700 K. Street NW, Fifth Floor*
*and Washington D.C. 2006-3814*

ABC~~27~~ News   (obo ABC27 Harrisburg)
47 W. 66th St.
New York, NY 10023

## 17 CV 1505

Action #:

: (Hearing Requested)
:
:
:
:
:
:
:
:
:
:
:
:

U.S. DISTRICT COURT FILED 2017 DEC 23 ...

---

To the Honorable U.S. District Court for the Southern District of New York:

1. Since 2004, Robinson has been defamed, libeled, and profiled/discriminated against by Google ($GOOG) as well as has had his intellectual propert(ies)/trade secrets corrupted, unlawfully taken, and seized as well as having his trademark brand/austere image sullied.

2. Since graduating Carlisle High School and representing Hon. President George W. Bush's economic policies in mock debate, Robinson has been a life-long die hard classical liberal.

3. From 2002 to 2006, Robinson was a forthright college Republican as far as passion, commitment and intellectual rigor, publishing in the paper of record and other publications including the Pennsylvania Independent and blogging, attendance at Party events, networking, willingness to engage in extemporaneous debate, unequivocal/incessant/non-shifting socialized weblogs/transmissions, and/or dialogue, serving in the capacities of both judge and minority inspector of elections for 7 years in Philadelphia's precinct 27-11.

4. Nevertheless, as such, Robinson was selected to serve/volunteer the delegates as an usher at the 2004 Republican National Convention at New York's Madison Square Garden.

5. This major historic event took place in the context of the 9/11 Islamist terrorist attacks at the World Trade Center.

6. During the honorable White House Chief of staff Andy Card's speech, a group incited an apparent "pink riot". Members of the pressure group had fraudulently misrepresented its identity to dodge security and gain admittance. The group was not only trespassing, but it was also disturbing the peace, and committing any other number of crimes in the process. College students just there to contribute,

*1/23*
*d&R*
*2/27/17*

learn, enjoy themselves, and be a small participant in a piece of history were socked in the face and terrorized. The agitators or worse had been flown or bused in from California (either paid for in part by misappropriated college dollars, federal subsidies, and/or subversive political money) by left-wing front group "Act-up" (which at or around that same time was also known for literally chaining/blockading itself against Republican headquarters in the Arlington area – a form of assault and other criminality).

7. During the leftwing domestics terrorist event, Robinson was directly assaulted, menaced, inconvenienced, and disturbed by the subversive infiltrators.

8. This U.S. District Court is the proper Court of jurisdiction because it is both the headquarters of ABC News which ever since the above mentioned domestics terror infiltration that also took place at or within the same jurisdiction ABC News has, aided and abetted by Google or more recently renamed to "Alphabet", actively attempted knowingly or negligently to both chill, impugne, and/or to otherwise restrain and impair Robinson as indicated in section #1 in direct contradiction to Robinson's true trademark brand and reputation as generally stated in sections #1 and #2 above and otherwise widely known and recognized all over. ABC News is also the parent company to the local ABC27 news affiliate based in, encroaching on, and having in ways direct and/or indirect threatened Robinson's person and property.

9. In the wake of these uprisings or a potential terrorist attack, Robinson, a past soccer competitor, did react purely out of shear concern for the situation in the midst of a melee by attempting to neutralize a known/suspected/documentable menace (not knowing at the time at all whether they were at all or sufficiently subdued or detained or not, nor knowing anything of their gender or transgender, believed or stated assignment).

10. Robinson was simply reacting out of alarm as to the situation and concern for his fellow patriots and for his country that was just barely by the skin-of-its teeth able to do the only appropriate thing at that time and that was to re-elect President George W. Bush. Robinson was with all amounts of perceptible reasonableness and alertness simply neutralizing a perceptibly imminent threat and danger.

11. As the best-in-class/most as advertised conservative in his Koch Fellows class Robinson drew the obsessive and vindictive attention / ire / retaliation of big-L Libertarian Party, D.C. beltway types and imposter liberals there for the money & power-centric placement including the likes of dirty Julian Sanchez from a D.C. publication from where the smear campaign is known or believed to have likely emanated; and/or radical leftists piled on in an attempt to destroy. Two samples of materials from not only "fake news" sites, but really trash tabloid blogs related to the above occurrence were noted as of the day of this drafting, are and have been hosted by Google, and have been included herein for the record.

12. Particularly ever since Google's allegiances surfaced under the Obama regime, Robinson has avoided Google like the plague which with being headquartered in one of or the most problematic states relative to the rest of the United States has always been inherently politically suspect or increasingly guilty as sin. Google (or now "Alphabet") which has deceptively advanced its motto as "Do No Evil" is may actually be more evil than any other multinational corporation of which Robinson currently fathoms. (When a company attempts to fluff it's motto that prospectively, self-righteously...that should or could be inferred as red flag #1, Robinson would argue in retrospect). This is evidenced by its being one of or the largest donors to Obama's campaigns including to its SuperPACs (still around and creating & fortifying continued mayhem including organized criminal movements like

2/23
Jer
2/27/17

ACORN, Act-up, Occupy Wall Street, Code Pink, and others).  These contributions were made by $GOOG's key person(s) at the highest levels including CEO Eric Schmidt (as evidenced in small part by an enclosed report).  Schmidt actually directly advised and guided the Obama regime including its manager from Montana in its infancy.  Company-wide giving, both generally and specifically-speaking, further made the Obama regime possible and the horrors that resulted.

13.  Fundamentally Google's business model is suspect.  In other words, it's not just companies such as the entire coal industry or key conservative individuals and organizations that the corrupt and criminal regime was known to have and even admittedly directly targeted with receipt and aggregation of illegally accumulated "data".  Google aggregates information or published material from others, often times unbeknownst to them, thereby stealing intellectual property and trade secrets as well as many times massively misinforming people, creating all sorts of other general sorts of security and other related concerns and vulnerabilities, and subverting the country including U.S. Constitution which upholds it.  If Google is or has been warehousing anything negative about private individuals who are not or whom have not yet become "public figures", nor believe or present themselves to be "social media celebrities" than this is inherently libel, defamation, profiling/discrimination, theft by unlawful takings, and/or other violations.  Robinson would add that Google's rating's or what people see in myriad or infinitesimal specific instances or incidences are demonstrably false, non-representative at best, and sometimes not even or at all based upon reality.  Rather its renderings are based on what unknown/unaccountable entities pay for or program in, the means of aggregated mass seizures, professional marketers, and/or artificial scientists – not reality or contributors of actual real output or real goods and/or services.  Also included for the record are hyperlinks (believed legal) with captions to articles or other postings related to the Obama regime's NSA, wire-tapping, political targeting, 4th amendment and other Constitutional violations and wanton scandals as well as some popular public memes from the period in question.

14.  Based on the political bent of its operatives, it can be easily deduced and readily obvious that the regime's goal and/or that of its agent(s) was to foster and maintain a myth or a false permanent make-believe characterization or digital graffiti or vandalism of Robinson personally and individually as some sort of imaginary, exaggeratedly, and/or categorically "violent", overly "aggressive", "threatening", and/or otherwise describable by any array of cleverly alternating, shifting, and non-applicable adjectives in an overall attempt to paint and taint Robinson as some sort of mythical predatory villain as a cheap and easy way to gin-up some nightly ratings; subdue arguably one of the most true-blue, competent, consistent, and potentially successful conservatives in that area; playing into the hands of the local and national loony left powers and operatives that be.

15.  Robinson would defer to other search engines or databases such as Edgar, Lexis Nexis, Dow Jones, and others that never subversively supported the Obama regime with mass financial support to the detriment of loyal Americans.  Beyond and above that, actual credible books from legitimate real repositories and/or materials merchants, information, and records that have existed pre-piracy/pre-Obama mania/pre-"Silicone Valley" era.

16.  Other smear includes Google's hosting of two blog posts -- one from "Penn Live" and a second from "Cumberlink".  Robinson has written at length and spoken privately with trusted individuals and associates about these which should have been private.  Robinson was never once interviewed or consulted and these posts were made prior to any sort of judicial renderings or balanced concerned for facts & circumstances, which regardless are not at all newsworthy as far as any potential positive impact

3/23

A ER

2/27/17

on individuals, communities, or journalistic integrity or credibility in any sort of real, material fashion. See again also two paragraphs prior.

17. Robinson will decline to discuss the details and facts of these events further in this submitted brief and/or possibly at a hearing, because they are no longer in any way relevant at this point in time, and for other reasons. In due time, Robinson may also reach out to the individual reporters responsible to clarify and amend the record as well as to appeal to better judgement with a formal request to erase these inflammatory, inaccurate, and unnecessary postings.

18. It is also forcefully requested of Google that it cease and desist from hosting this material effective immediately and forever. Although Robinson disapproves of both the Harrisburg and Carlisle papers' general handling of these situations, Robinson would add for the record that he supports his local paper most as far as a hoped-for more reliable and/or a record of account. For example, in the past, Robinson was even thankful to past or present editor Francis Volpe. Although at times Robinson could not have disagreed more with Volpe, a perceptibly staunch liberal; Volpe at least on one occasion paid Robinson the consideration of taking his call and publishing an op-ed or two of Robinson's, thereby demonstrating a willingness to cover opposing opinion in pursuit of truth and justice founded on constitutional principles. For that, amidst the recognizably and generally reliably liberal mainstream media operators, Robinson was thankful.

19. After college, Robinson went to work in public accounting where both accuracy, client confidentially/personal/company privacy, and integrity are of tantamount importance. Aside from that, Robinson invested any spare productive time developing a small business.

20. Robinson's good, tireless, and independent (thereby honorable) works, deeds, actions; nor self-less, let alone compensated, services or sacrifices, often in isolation, are missing entirely or conveniently forgotten or excluded from Google's virtual repository. Specific examples have included, past presentations at Carlisle Borough meetings, attainments including professional advancement and service, association or club involvement, op-eds/views about local preservation efforts, downtown redevelopment effort, lawful & duty-bound conservative political assembly (versus illicit liberal agitation, false claims, and/or other staged/PR-ed events), age group participation and/or fitness participation or accomplishment, and/or other uncompensated routine advocacy, and/or a highlight piece in the local newspaper for wearing a WWJ wrist band, reflecting his spirit including that of self-sacrifice in juggling numerous initiatives at a high levels (all of which are far more exceedingly "newsworthy" and reflective of Robinson's true character and principles), versus the fake news/phony left-wing blog attacks, including ancient ones almost 13 years stale.

21. Robinson has also lost or potentially lost untold number of contracts and opportunity in whole or in part due to inaccurate representation of his business in Google's database/piracy/etc. by strict adherence to principles as unwitting people may have relied upon it out of misplaced trust and inherently deceptive practice, etc. A recent sample of this he has available.

22. Robinson was released from a likely lucrative brokerage commitment due to other associates' false perceptions based upon Google's mischaracterization/labeled/profile of Robinson as quote-un-quote, generally "making people feel uncomfortable with him being even in the same building" or otherwise based on this "fake news". This created for Robinson at least 4 weeks (conservatively estimated) in lost time, which does not extrapolate any lost savings or benefits prospectively from future activity and/or opportunity.

4/23
fck
2/27/17

23. Robinson named both of the above defendants, just in case the honorable judge may decide to allocate to the source of the most egregious report against Robinson a portion or all of the culpability of the financial damage put upon Robinson. Robinson personally views "mass media productions" as distinctive from digital individual blogs (noting that $GOOG also owns Blogger) as far as to the responsibility of the recognized more-official producer(s), incremental added costs and damages, added mandatory duty of care and responsibility, and reliance upon by others; versus categorically more-purely protected verbal speech especially of a political nature as originally upheld and foreseen by the U.S. Constitution.

24. Robinson is also declining to pursue judgment and relief against either of the other three major local media outlets at this time, but reserves the right to reach out to or include them privately and/or directly, if required or necessary. For communications, Robinson prefers broadcasts from admired local radio broadcast professionals, trusted contacts as well as from other extensive reading and non-substitutable experiences for information and knowledge.

25. The omitted media outlets in question include Fox 43 because Robinson surmises that they are more focused on York County in which they are based (even though Robinson does note or does infer 43's roll-up into relatively reliable national Fox News). Fox 43 may have simply piggybacked-off, solely-relied upon, and been misled by any source(s) on which a judgement to improperly publish may have been made. This exclusion similarly extends to WGAL/NBC which is likely somewhat more predominantly Lancaster County-service-oriented, where they are in turn headquartered. Collectively, neither 43 nor WGAL are part of the same MSA as Robinson and as such both may have simply piggybacked-off and been non maliciously and even possibly accidentally misled and/or over-reliant upon any other source(s) on which to hang their hats related to related reporting.

26. As such, Robinson would kindly, though forcefully, request that Fox 43 and WGAL cease hosting and/or delete any similar related content noted and aforementioned remaining in one recent search (which may have even been removed and no longer exist, thus depending upon Google upon which Robinson ultimately places most responsibility). Since both outlets do originate, broadcast, are headquartered, and/or hosted generally outside Robinson's area, any responsibility for content maintenance and ongoing damage(s) Robinson would or has incurred, Robinson would also argue would then fall back upon Google for directing and making it available therein or herein.

27. Nonetheless, despite these assessed damages Robinson actually still thanks all three outlets (not too mention seemingly most-judicious/abstaining/more purely political/business/sports/games-oriented CBS with respect to or from Robinson's perspective) for otherwise carrying out their broadcasting duties and responsibilities, including to the Republic, faithfully.

WHEREFORE, plaintiff Scott E. Robinson hereby demands and requests immediate deletion and omission from all websites and servers of all fake and demagogic news and/or false negative reports of his person and character from or by all above referenced data/tech/media outlets/entities including, but not limited to Google and ABC27 News to avoid further future action, fines, sanctions, and/or any and all applicable criminal penalties available to law enforcement.

5/27
dek
2/27/17

WHEREFORE, plaintiff Scott E. Robinson hereby demands and requests immediately scheduled hearing for judgement in whole or in part against either (or both) of the aforementioned defendants as allocable by the court in his favor.

These include (notwithstanding any other relief provided by law, if/as applicable):

| | |
|---|---|
| $2,500 | Retainer/advocacy fee to Robinson's Counsel |
| $400 | Legal Consultation |
| $800 | P.R. fee to local media affiliate |
| $2,500 | Accounting/Research fee to Robinson's C.P.A. related to this matter |
| $2,720 | 6 weeks lost time at DSCC/high Court area's-proposed or inflated $17/hr due to involuntary disassociation by one of Robinson's brokerages |

WHEREFORE, plaintiff Scott E. Robinson hereby demands and requests speedily scheduled hearing for judgement against either or both defendant(s) if and/or as costs and/or damages may continue to accrue, be counted, and/or realized, especially if the aforementioned specific claim is not reached and accepted speedily in which case the total amount would or may also include damages substantially in excess of the jurisdictional limit of this properly placed and/originated action to guarantee a jury trial, together with interest, costs, and punitive damages in an amount which will effectively punish the defendant(s) for their conduct and/or negligence and to deter them and others similarly situated from similar acts or inactions in the future as well as to protect and deter other loyal Americans from suffering the same fate.

Thank you for your utmost consideration.

Respectfully submitted,

DATE: 2-28-17        BY: _____

**Scott E. Robinson**
**(717)701-2541**
**scotterobinson@reagan.com**

**Verification**

I do hereby Verification that the correct & complete address of the within named is 1675 Camp Hill Bypass # 659, Camp Hill, PA 17001 and that he has faithfully submitted this truly and entirely of his own volition and as reasonably understood and intended with deference and regard to PA rules of civil procedure.

February  2 1   2017

2·21·2017

_____

*Accountant, Counsel,*
*Advisor, Reviewer, and/or*
*Limited but Verified*
*Acknowledged Certifier*
*of/for Claimant*

STEVEN M. ZEIGLER, C.P.A.

*(PC Sealed & Certified)*

7/23
A€R
2/24/17

## CERTIFICATE OF SERVICE

AND NOW, this _2ʒ⁴ʰ_ day of February, 2017, I, Scott E. Robinson, do hereby certify that I will have served a true and correct copy of the foregoing upon all counsel of noted record by depositing, or causing to be deposited, same with _UPS_ , postage prepaid, within 5 business days of this date and addressed as follows:

**Business-Class:**

Wilson, Sonsini, Goodrich, & Rosati
Attn: Joshua Wright obo Google
1700 K Street NW, Fifth Floor
Washington, D.C., 20006-3814

ABC News
Attn: Chief Counsel
47 W. 66th St.
New York, NY 10023

DATE: _2-28-17_          BY: _Scott E. R—_

                              **Scott E. Robinson**
                              **(717)701-2541**

8/23
AER
2/27/17

( VERY MINOR SAMPLE TAKEN 2·17-17 )

Center for Responsive Politics

Home / Politicians & Elections / Donor Lookup / Donor Lookup

≡ MENU    DONATE

🔍

🐦 Tweet

## Results:

**Search Criteria:**

Donor name: Eric Schmidt

Cycle selected: 2012

Start another search

4 records found in 0.016 seconds.

Sort by Name

Sort by Date (Descending)

Sort by Amount

● Sort by Relevance

[ Sort ]

## Contribution type:

| Money to PACs | Money to Candidates | Money to Super-PAC/Outside Group | Money to Parties | Send Money to Parties |
| Unknown |

| Contributor | Occupation | Date | Amount | Recipient |
| --- | --- | --- | --- | --- |
| SCHMIDT, ERIC<br>SEATTLE, WA 98144 | OPENET TELECOM | 9/24/12 | $500 | Obama, Barack (D) |
| SCHMIDT, ERIC<br>SEATTLE, WA 98144 | OPENET TELECOM | 5/10/12 | $500 | Obama, Barack (D) |
| SCHMIDT, ERIC<br>MOUNTAIN VIEW, CA 94043 | GOOGLE | 8/3/11 | $2,500 | Obama, Barack (D) |
| SCHMIDT, ERIC<br>MOUNTAIN VIEW, CA 94043 | GOOGLE | 8/3/11 | $2,500 | Obama, Barack (D) |

We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

Make a Donation Today

**Find Your Representatives**

Street, City, State Zip Code    🔍

Guac this way.

Extra 20% off*

jet.com

Shop Fresh

Shop Now

9/23
AER
2/23/17


Save up to 30% OFF — MAJOR APPLIANCES — hhgregg  SHOP NOW

 

abc 27 ~~NEWS~~ BLOG (for Cuomo's "FAKE News" Remark)

# Carlisle man jailed for assault on police officer

**By Myles Snyder (http://abc27.com/author/myles-snyder/)**
Published: May 23, 2014, 2:27 pm



A Carlisle man was arrested after police say he assaulted an officer who was trying to arrest him for hitting a man and causing a disturbance at Borough Hall.

10/27
Ack
2/23/17

Scott E. Robinson, 30, was charged Thursday afternoon with aggravated assault on a police officer, robbery, simple assault, resisting arrest, harassment and disorderly conduct, police said in a news release.

Police said they initially were called about two men fighting near the intersection of Belvedere and West South streets. Both men went their separate ways before officers arrived, but one of them, 25-year-old Clinton Trout, later reported that Robinson had struck him in the face because Robinson was angry about past due rent.

Police said they then began receiving multiple calls about an unwanted person at Borough Hall, at 53 West South Street, who was screaming and making threats.

Officers learned that another person had been outside of Borough Hall when he was struck in the face by Robinson, which caused him to drop his car keys. Robinson then grabbed the keys and went inside Borough Hall and continued his tirade, police said.

The officers found Robinson extremely agitated and attempted to calm him, but he refused to calm down and provide ID, and he took off running when he was told he was under arrest, according to the news release.

Another officer chased Robinson and caught him in the first block of West Pomfret Street, and when Robinson continued to resist, the officer used his Taser twice with no effect, police said.

Robinson attacked and knocked the officer to the ground, then began to strike the officer multiple times in the face. Another officer arrived and used his Taser, and Robinson was taken into custody after a brief struggle, police said.

The injured officer was taken to a hospital by ambulance for treatment of minor injuries and was later released.

Robinson was committed to Cumberland County Prison on $100,000 bail.

Top News
**How to avoid germs at the Pennsylvania Farm Show**
Tips include not touching your hands to your face, trying not to put your...

"Legac" = Links/hyper links? PARA Phrasing?
(from "Intellectual Property" / "Copy Right" STD PT )

## Obama Administration Domestic Spying (High Treason)

Published/Blogged/Reported/Asserted by SER 3/24/2014

"500 Years of History Shows that Mass Spying Is Always Aimed at Crushing Dissent"

http://bit.ly/1aaHp7g

"Zuckerberg Says He Called O(s)bama To Express 'Frustration' Over NSA Surveillance"

http://onforb.es/1dWFW5v

(Note: Smoking G Pic of 2011 WH dinner. Zuck to O's right & Schmidt also there)

"Zuckerberg Says O(s)bama Steps on NSA Spying Not Enough "

http://bloom.bg/1nPOTbg

"Inside the NSA's Secret Efforts to Hunt and Hack System Administrators"

http://bit.ly/1g6g24N

Addition: "`NSA Creates Fake Facebook Server to Trap Targets"

http://bit.ly/1fWUWkq

"Google's Page says US online spying threatens democracy"

http://yhoo.it/1gp0BWk

"A Look At How Info Collected By Google Can Be Used" (#Narwall #Nuremburg)

http://bit.ly/1dqYtq4

"Jimmy Carter Reveals He Uses Snail Mail Because He Believes The NSA Monitors Him"

http://bit.ly/1f98cTN

"Ex CIA Agent Says O(s)bama had Andrew Breitbart & Tom Clancy Assassinated"

http://bit.ly/1dhA9YS

Allen West: "Is Facebook Censoring Conservative Content?"

http://exm.nr/1fUIkKP

12|23
AER
2|23|17

"Glenn Beck's Friend Sat Him Down & Revealed He Was A Federal Agent And a That's The Tame Part Of The Story"

http://bit.ly/1hUDC2c

#PersonOfInterest #ShadowRecruit #RedDawn #Slaughterhouse5 #Requiem #Limitless #WagTheDog #PrimaryColors #Scandal #Parkland #TheCampaign #Intelligence #TheGamer #IslandofDrMureau #WalkingDead #IRobot #RiseOfAnEmpire #GodsNotDead #JudgementDay #MegynDoxchausenByProxy

Published/Blogged/Reported/Asserted by SER 4/24/2014

"Facebook, Google more a threat to individuals than the NSA?"

http://bit.ly/1iO7gJo

"US appeal court orders release of memo justifying drone killings" HT @RobertKarashin

http://ow.ly/3jAguw

"Obama Administration To Intelligence Community: Keep Your Mouths Shut"

http://exm.nr/1k7cvU1

@FBNStossel: Most people want security in this world, not liberty.
– H.L. Mencken
#Privacy

Published/Blogged/Reported/Asserted by SER 5/1/2014

"Netanyahu rants against smartphones" http://www.timesofisrael.com/netanyahu-rants-against.../

Published/Blogged/Reported/Asserted by SER 8/24/2014

@usahitman_com: Ex-NSA chief defends his profitable cyber-security business
https://t.co/EWszoW2j8G

Russian law requires bloggers w/ >3,000 followers to register w/ government, follow media regs.
http://t.co/2bPs0tp3XF @instapundit

How did THESE colleges get this designation??!! @CIA Matt Gordon ft

AlGore sits on board of Apple. Olde kleiner/founders were at least capitalist like olde Bain (new Bain Zients Obama put to Obamacare) new kleiner is liberal/statist/fascist though.

13 |23
SER
2|23|17

ccumulated updates 6/17/16 #1

"Your phone may soon sense everything around you"

http://hosted.ap.org/.../U/US_TEC_ROOM_SENSING_PHONE...

"Zuckerberg says we'll be plugged into 'The Matrix' within 50 YEARS"

https://www.thesun.co.uk/.../mark-zuckerberg-says-well.../

"The FBI can draw on over 411 million photos for its facial recognition system"

http://www.theverge.com/.../fbi-facial-recognition-system...

" conscious AI could one day control EVERY device on the planet, predicts Android inventor"

http://www.dailymail.co.uk/.../A-conscious-AI-one-day...

14/23
JER
2/23/17

Photos... Reporter ?R Clear filter Ruling?













15/23

2/27/17

1













[_____]    G+1  0    More    Next Blog»    Create Blog    Sign In

# THE SMOKE FILLED ROOM

### POLITICAL JUNKIE WRITES ABOUT POLITICS AND LAW

FRIDAY, SEPTEMBER 10, 2004

*(IF YOU'RE A TOUGH CONSERVATIVE YOU EITHER "HATE" OR "HURT" "WOW" ABOUT ME. IF LIBERAL MAY BE A P✱ OR A B✱ )*

## Scott Robinson, Ivy League Tough Guy, Hits Women

Sorry in advance for the anger in this post. Nothing gets me angrier than violence against women, except perhaps when that violence comes from a privileged little ivy league tough guy when the woman is being held down.

At a recent speech by White House Chief of Staff Andrew Card, ivy league tough guy Scott Robinson kicked a protester (with his Cole Haan loafers) who was on the ground, being restrained by three secret service agents. Watch out Scott Robinson, you might muss up your dockers. I am certain that Scott Robinson has referred to Democrats as "sissies" and "cowards." What makes this whole situation so much more appalling is that the protester was a woman, a small woman (who doubtless would have beaten him up had she been standing). Apparently, being a man means assaulting women who are already being held on the ground. I have not been so embarrassed to be a Republican since Al Franken punked Rich Lowry. Watch the video here:

http://www.actupny.org/reports/rnc_nyc-kicking.mov

Hats off to Reason: Hit and Run for putting together the evidence proving the identity of the ivy league tough guy, Scott Robinson.

"Yesterday, I reported that numerous people believed that they knew the identity of the person who appears in this video, purportedly kicking a restrained protester. They believe the person on the tape is Wharton student Scott Robinson, who interned in Washington, D.C. this summer. At this point eight of them, seven D.C. interns and a University of Pennsylvania political science student who says he lived across the hall from Robinson for a year,

CHRIS
SANTA MONICA, CALIFORNIA FOR NOW, SOON TO BE TEMPE, ARIZONA. UNITED STATES

Die hard political junkie, soon to be a recent law school graduate.

VIEW MY COMPLETE PROFILE

PREVIOUS POSTS

Immigrants Need Not Apply, Part 2
Dog Shoots Man
Quote of the Day
Jesus Endorses Keyes
This is your government, part 2
More good numbers for Bush
President Bush way ahead...is this ballgame?
This is your government, part 1
Americans born abroad, rejoice!
Want to be this guy's consultant?



Blogs

Crime & Federalism
Volokh Conspiracy        17/23
Instapundit              J & A
Underneath Their Robes   2/23/17
Legal Fiction

have provided comments for attribution, claiming to be certain the person on the convention video is the student and intern they know. (Various others have sent anonymous statements to myself and other bloggers to similar effect.)'

http://www.reason.com/hitandrun/2004/09/robinson_respon.shtml#006649

Atrios blog has a photograph of the ivy league tough guy, while he interned at the National Taxpayers Union.

http://www.atrios.blogspot.com/2004_09_12_atrios_archive.html#109536781620176238

For his part, Scott Robinson has denied any part in the attack, which proves that he is even more of a sorry failure of a man. Scott, I'm about your size, 5'11", 175 pounds. Please contact me if you'd like to try to kick me.

I wanted to list Scott's email, so that you could contact him with your thoughts on violence against women. His UPenn email address is now listed as private (probably a recent development).

Someone should beat you until their hands get tired, you sad strange little man.

POSTED BY CHRIS AT 6:05 PM    

1 COMMENTS:

hjkl said...

welcome to the wow power leveling, cheap service site, WoW Gold buy cheap wow gold, wow gold, world of warcraft buy wow power leveling

FEBRUARY 6, 2009 AT 8:53 PM

POST A COMMENT

<< Home

Overlawyered
How Appealing
Ernie the Attorney
SCOTUS
Arbitrary Aardvark
Nomination Nation

18/23
AJN
2/23/17

**DEMOCRATIC**
**UNDERGROUND.COM**    Latest Greatest Lobby Journals Search Options Help Login    Google

# Scott Robinson (aka RNC Kicker) has been outed in the School Newspaper!!!

Printer-friendly format
Email this thread to a friend
Bookmark this thread

This topic is archived.

**Home** » **Discuss** » **Archives** » **General Discussion (Through 2005)**





MUCINEX PILLS ARE 25% THINNER VS. STORE BRAND.* SAVE $4 NOW

MUCINEX PILLS ARE 25% THINNER VS. STORE BRAND.

Mucinex
12 HOUR

SAVE $4 NOW
Valid thru 4/30/17

CVS pharmacy

Pachamama ☆ (1000+ posts) Send PM | Profile | Ignore    Mon Sep-20-04 11:37 PM
Original message

**Scott Robinson (aka RNC Kicker) has been outed in the School Newspaper!!!**

Bwahahahahaha! Our little Freeper friend who thought he'd go around kicking women at the RNC has found himself on the front page of the Daily Pennsylvanian today (online and on the campus paper)....

*(school envy)*

This Penn/Wharton Alum is happy to see the little f-cker outed in public on the Penn campus...I hope that little creep cowered in front of Steinberg-Dietrich Hall as he walked on Locust Walk...I hope the stares and glares were unbearable.....my favorite line at the end of the article is "The College Republicans have distanced themselves from the incident." (Yeah, and like the U of Penn, probably no one wants to have anything to do with the little creep).

Check out the posts on the Daily Pennsylvanian Blog too at the bottom of the article if you scroll down.......

http://www.dailypennsylvanian.com/vnews/display.v/ART/2...

*19/23*
*1 & R*
*2/23/7*

Student tied to protest violence in video footage
Wharton junior IDed as aggressor at NYC Young Republican event
By garrett young
September 20, 2004

A New York ABC television affiliate captured footage of a
Republican Youth Convention attendee dragging to the ground and
kicking an AIDS activist who had entered the event undercover as
part of a larger protest against the George W. Bush
administration.
The student in the video, whose name was unknown at the time
the footage was taken, has been identified by several Penn
students as Wharton junior Scott Robinson, a member of the Penn
College Republicans.

In video clips on the Internet, the student is seen grabbing for a
female protester and helping to drag her to the ground. He is later
shown making a kicking motion toward the girl on the ground,
while the television reporter commented that he was kicking her.

When asked on camera after the incident if he kicked a protester,
the student replied, "I don't believe so." He had no response when
he was told that the image was captured on tape.

The protesters were removed from the event within minutes by
security and Secret Service agents. It was not until later that the
video footage emerged.

"Having seen Scott at a number of events, and having seen the
video, I think it looks like him," said Stephanie Steward, a College
senior and chairwoman of the College Republicans. "But I can't say
absolutely positively."

Despite repeated calls, Robinson could not be reached for
comment. However, he previously denied to Reason Magazine that
he was even in attendance at the Republican Youth Convention,
which occurred on Sept. 1 at Madison Square Garden. Robinson
told the magazine that though he was working as a volunteer at
the Republican National Convention, he had been out late the
night before and did not attend the event.

The College Republicans have distanced themselves from the
incident.

"Our group strongly condemns violence, politically motivated or
otherwise. This incident is between two individuals at a private
event and will be resolved between those two individuals. It in no
way involves the Penn College Republicans," a group statement
read.

20/23
JEX
2/23/17

Printer Friendly | Permalink | | Top

**You May Like**

Sponsored Links by Taboola

of 17    (Rost is some of most vile digital slander imaginable
host by Google)    2/14/2017 12:16 PM

*[handwritten notes: Best +/or most Protected (for originalist STd pt) + Regardless of VERACITY → ① Least it's more like intended SPEECH (or Print)]*

# Carlisle man charged with beating borough police officer, punching two others, police say

*[handwritten notes: + NOT A FALSE or CONCERTED PRODUCTION + other STARK Differences (still Inaccurate/FALSE)]*



...ott E. Robinson *(Carlisle Police Department)*



**By Joe Elias | jelias@pennlive.com**
**Email the author | Follow on Twitter**
on May 23, 2014 at 10:20 AM, updated May 24, 2014 at 7:42 AM

...Carlisle man is in prison after police said he punched two men and then repeatedly punched a borough officer in the face who ...ed to arrest him Thursday afternoon.

...lice charged Scott E. Robinson, 30, no given address, with aggravated assault of a law enforcement officer, robbery, simple ...sault, resisting arrest, harassment and disorderly conduct.

...ficers were called to the scene of a fight around 3:50 p.m., near the intersection of Belvedere and West South streets, but both ...en were gone when police arrived, borough police said.

ADVERTISING

*[handwritten: 21/23  1 er  2/23/17]*

ne of the men later told officers that Robinson had punched him in the face because he was angry about past due rent, police aid.

linutes later, officers began receiving multiple calls about a man outside of the borough hall along the first block of West South treet who was screaming and making threats. Police said it was Robinson.

fficers learned that Robinson had punched a second man in the face and took his car keys. He then went inside building and ontinued to scream, police said.

obinson ran away from an officer who told him he was under arrest, police said.

second officer caught Robinson along the first block of West Pomfret Street and used a Taser him, but it had no effect, police aid.

Robinson was able to knock the officer to the ground. Robinson was able to maintain a position over top of the officer and began strike that officer multiple times in the face," according to a statement from police.

third officer arrived and used his Taser on Robinson and subdued him, police said.

obinson is being held in the Cumberland County Prison on $100,000 bail. A preliminary hearing is scheduled for May 28.

Registration on or use of this site constitutes acceptance of our **User Agreement** and **Privacy Policy**

© 2016 PA Media Group. All rights reserved (**About Us**).

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of PA Media Group.

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷ **Ad Choices**

22/23

lei

2/23/17

(SAMPLE of ongoing Leftist group
still @ it w/ DIFFERENT Reporting,
but still unequal / insufficient
punishment)

2/20/2017 9:24 AM

Code Pink protester who unfurled anti-Trump banner at RNC is a Republican's daughter | Da...    http://www.dailymail.co.uk/news/article-3696833/Code-Pink-protester-unfurled-anti-Trump...

Feedback        Follow @MailOnline    DailyMail

# Daily Mail
.com

Monday, Feb 20th 2017 10AM 49°F    1PM  51°F    5 Day Forecast

Login

Home | U.K. News  Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines  News  World News  Arts  Headlines  Pictures  Most read  Wires



## Why Scottrade? Because . . .

you want to take control of your financial future.
you want more time to do what you want to do.
you have someone right around the corner.

- **Activist Alli McCracken, 27, sneaked into Republican National Convention**
- She represents group of female protesters who go by the name Code Pink
- Reached empty seats close to podium in first breach in convention security
- She then unfurled an anti-Trump banner which read: 'Yes we can end war'
- McCracken apprehended by officers after a woman wrestled her for banner

By SICHHAS BHATIA IN CLEVELAND, OHIO FOR DAILYMAIL.COM
PUBLISHED: 00:34 EST, 19 July 2016 | UPDATED: 04:05 EST, 19 July 2016

The ring of steel surrounding the Republican National Convention was breached minutes before Donald Trump's first appearance - by a young woman who admits her father is a GOP supporter.

Alli McCracken, 27, decided to unfurl a banner slamming Donald Trump after she sneaked into the Quicken Loans Arena where a massive security operation was in action to protect the presumptive candidate and his wife making their first appearance.

McCracken is part of Code Pink, a group of female protesters who have interrupted public hearings on Capitol Hill.

Scroll down for video

82
View comments

2.3k
shares

FEMAIL TODAY

You will always like
family? Angelina Jolie
gets emotional as she
speaks publicly for first
time about 'difficult'
breakup of marriage to
Brad Pitt

Like
Daily Mail

Follow
Daily Mail

Follow
@DailyMail

Daily Mail

23/23
1st
2/23/17